**Exhibit A**

LDV

# OHIO CIVIL RIGHTS COMMISSION
## EMPLOYMENT CHARGE OF DISCRIMINATION

**Charging Party:**

**RECEIVED**
**FEB 16 2021**
**OCRC - INTAKE**
**AKRON**

**OCRC Case Number:** AKR A3 (41059) 01282021

| | |
|---|---|
| Your Name (First and Last Name) | Employer Name |
| Christine Glenn | Trumbull County Commissioners |
| Your Street Address | Employer Street Address |
| 511 West Federal St. | 160 High St., N.W. |
| Your City, State and Zip Code | Employer City, State and Zip Code |
| Niles, OH 44446 | Warren, OH 44481 |
| Your Telephone Number | Employer Telephone Number |
| 330-766-0639 | 330-675-2451 |
| Your Alternate Phone Number (Optional) | County where Employer is located (if in Ohio) |
| | Trumbull County |
| Your Email Address | Total Number of Workers Employed |
| coney531@yahoo.com | 300 |

Date(s) of Discrimination (Must have occurred within **SIX MONTHS** from the charge filing date)

Ongoing beginning from approximately 1/4/21 until the present time

I was discriminated against on the basis of:

Race/Color        ✔ Age (over the age of 40 ONLY)
Sex        National Origin/Ancestry
Pregnancy        Military Status
Gender Stereotyping        Religion
Disability (DO NOT IDENTIFY)        Retaliation (for protesting discrimination)

Indicate how you are a member of the group marked above. (Example – If you marked race, identify your race. If you marked age, identify your age and birthdate.) DO NOT IDENTIFY YOUR DISABILITY OR MEDICAL CONDITION.
My age: 66 DOB: 11/5/1954

LDV

# OHIO CIVIL RIGHTS COMMISSION
## EMPLOYMENT CHARGE OF DISCRIMINATION

**Charging Party:** Christine Glenn

**OCRC Case Number:** AKR A3 (41059) 01282021

Date of Hire:

1/17/2012

Position:

Administrative Secretary

I was subjected to:

| | | |
|---|---|---|
| A denial of promotion | Denial of a reasonable accommodation | ✔ Harassment (including sexual harassment) |
| A forced resignation | ✔ Different terms and conditions of employment | Layoff/Denial of Recall |
| Demotion | ✔ Discharge/Termination | Unequal Pay (based on sex only) |
| Denial/Failure to hire | Discipline (Write-up, Suspension, etc) | Other |

If you have marked other, please briefly describe the discriminatory act.

Please write a concise statement summarizing the act(s) of discrimination and why you believe it is discrimination. In your statement, include information as to who committed the act of discrimination (name and position), any reason given for the act of discrimination, when the acts occurred and names of others treated more favorably than you.

Recently, a new County Commissioner (Niki Frenchko) took office in Trumbull County, OH. Since taking office on 1/4/21, she has been picking apart everything I do as related to my job as an Administrative Secretary to the Trumbull County Commissioners. I have been the Commissioners' Scheduling Secretary for going on 10 years. I was never given any direction as to what changes she was making relating to my job duties. Instead, she has criticized, bullied, and berated me for not making changes I wasn't even aware of. She has sent me NUMEROUS emails demanding that her schedule be shared on her iPhone. Our IT Dept. has informed her that it is impossible to do because of the software that is currently being used by the county. Today, she sent me over 10 emails DEMANDING that I "figure it out." To which, I responded that I am not an IT Specialist and don't know how to help her. She has insinuated termination because of me not following policies? Blatant favoritism is given to those who pledge their allegiance to her. She has intimated to a 3rd Commissioner that she wants me gone. I am 66 years old and a diabetic, thus showing discrimination with age and productivity abilities.